The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ELAINE DOUGAN, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC.,<br><br>Defendant. | Case No. 2:20-cv-00818-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>**NOTING DATE: June 22, 2020** |

STIP. MOTION & ORDER TO EXTEND RESPONSE DEADLINE
CASE NO. 2:20-cv-00818-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

Protech Minerals, Inc. et al v. Suzukis

1
2
3
4   Pursuant to Federal Rule of Civil Procedure 12(a)(1)(C) and Local Civil Rules 7(d)(1)
5   and 7(j), Defendant The Children's Place, Inc. ("Children's Place") and Plaintiff Elaine Dougan
6   have stipulated to move the Court for an order extending Children's Place's deadline to
7   respond to Plaintiff's Complaint (Dkt. No. 1).
8   Children's Place was served with the Complaint on June 2, 2020 (*see* Dkt. No. 3).
9   Accordingly, Children's Place's current deadline to respond to the Complaint is June 23, 2020.
10  Counsel for the parties have met and conferred regarding the timing of Children's
11  Place's responsive pleading, and Plaintiff has stipulated to extend Children's Place's deadline
12  from June 23, 2020 to July 10, 2020. This is Children's Place's first request for an extension of
13  its deadline to respond to the Complaint.
14  Accordingly, Children's Place respectfully requests that the Court extend its deadline
15  to respond to the Complaint to July 10, 2020.
16
17  Dated: June 22, 2020

Presented by:

/s/ Christopher B. Durbin
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Attorneys for Defendant THE CHILDREN'S PLACE, INC.

/s/ Daniel M. Hattis   [by permission]
Daniel M. Hattis (WSBA #50428)
HATTIS & LUKACS
400 108TH Avenue NE, Suite 500
Bellevue, WA 98004
Tel.: (425) 233-8650
Fax: (425) 412-7171
Email: dan@hattislaw.com

Attorneys for Plaintiff ELAINE DOUGAN

STIP. MOTION & ORDER TO EXTEND RESPONSE DEADLINE
CASE NO. 2:20-cv-00818-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

1. It is so ORDERED.

2.

3. Dated this 23rd day of June, 2020

_____

Hon. James L. Robart
United States District Judge

STIP. MOTION & ORDER TO EXTEND RESPONSE DEADLINE
CASE NO. 2:20-cv-00818-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700