The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ELAINE DOUGAN, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC.,<br><br>Defendant. | Case No. 2:20-cv-00818<br><br>**ORDER GRANTING DEFENDANT THE CHILDREN'S PLACE, INC.'S MOTION FOR RELIEF FROM DEADLINES IN COURT'S SCHEDULING ORDERS** |

[Proposed] Order Granting Def.'s Motion for Relief from Deadlines
Case No. 2:20-cv-00818

1.

Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
(206) 452-8700

1   THIS MATTER came before the Court on Defendant The Children's Place, Inc.'s ("TCP")
2   Motion for Relief from Deadlines in Court's Scheduling Orders. Having considered the motion
3   and all papers submitted both in support of and in opposition to the motion, the Court being fully
4   informed, finds good cause to suspend the deadlines in its Scheduling Orders (Dkt. Nos. 21, 22),
5   pending the Court's ruling on TCP's Motion to Compel Arbitration and Stay Proceedings (Dkt.
6   No. 11). The Court finds that a temporary suspension of these deadlines will not unfairly prejudice
7   Plaintiff.

NOW THEREFORE, it is hereby ORDERED that Defendant's Motion for Relief from
Deadlines in Court's Scheduling Orders is GRANTED; and it is further

ORDERED that the deadlines set forth in the Scheduling Orders (Dkt. Nos. 21, 22) are
hereby suspended pending the Court's ruling on TCP's Motion to Compel Arbitration.

DATED September 10, 2020.

_____
The Honorable James L. Robart
United States District Judge

[Proposed] Order Granting Def.'s Motion for Relief from Deadlines
Case No. 2:20-cv-00818
2.
Cooley LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
(206) 452-8700

*Presented by:*

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Michelle C. Doolin (CA Bar No. 179445)
(*admitted pro hac vice*)
Sophia M. Rios (CA Bar No. 305801)
(*admitted pro hac vice*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Fax: (858) 550-6420
Email: mdoolin@cooley.com
       srios@cooley.com

Attorneys for Defendant THE CHILDREN'S PLACE, INC.

[PROPOSED] ORDER GRANTING DEF.'S MOTION FOR RELIEF FROM DEADLINES
CASE NO. 2:20-CV-00818

3.

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700