The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ELAINE DOUGAN, for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S PLACE, INC.,<br><br>Defendant. | Case No. 2:20-cv-00818-JLR<br><br>**STIPULATED MOTION TO RE-NOTE PLAINTIFF'S MOTION TO CERTIFY**<br><br>NOTE ON MOTION CALENDAR:<br>Thursday, **December 24, 2020** |

STIP. MOT. TO RE-NOTE PENDING MOTION
CASE NO. 2:20-CV-00818-JLR

1.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Counsel for Defendant The Children's Place, Inc. ("TCP") and counsel for Plaintiff Elaine Dougan and the Proposed Class ("Dougan") have met and conferred and now, pursuant to LCR 7(*l*) and 7(d)(1), stipulate that (1) Dougan's Motion to Certify (Dkt. No. 29), currently noted for January 8, 2021, be re-noted to January 22, 2021; and (2) the briefing schedule be adjusted, such that TCP's response would be due by January 12, 2021, and Dougan's reply, if any, would be due by January 22, 2021.

Dated:  December 24, 2020

    */s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA  98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Michelle C. Doolin (*admitted pro hac vice*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Fax: (858) 550-6420
Email:  mdoolin@cooley.com

Attorneys for Defendant THE CHILDREN'S PLACE, INC.

    */s/ Paul Karl Lukacs*   [by permission]
Paul Karl Lukacs (WSBA No. 56093)
Daniel M. Hattis (WSBA No. 50428)
Che Corrington (WSBA No. 54241)
HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Telephone: (425) 233-8628
Fax: (425) 412-7171
Email:  che@hattislaw.com
        dan@hattislaw.com
        pkl@hattislaw.com

Attorneys for Plaintiff ELAINE DOUGAN and the Proposed Class

**STIP. MOT. TO RE-NOTE PENDING MOTION**
**CASE NO. 2:20-CV-00818-JLR**
2.
COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

**ORDER**

IT IS SO ORDERED.

DATED: December 28, 2020

_____
JAMES L. ROBART
United States District Judge

STIP. MOT. TO RE-NOTE PENDING MOTION
CASE NO. 2:20-CV-00818-JLR

3.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700