THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE DOUGAN,<br>for Herself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>   v.<br><br>THE CHILDREN'S PLACE, INC.,<br><br>                         Defendant. | Case No. 2:20-cv-00818-JLR<br><br>**PLAINTIFF'S NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO § 1292(b)** |

PLAINTIFF'S NOTICE OF FILING OF PETITION
FOR PERMISSION TO APPEAL PURSUANT TO § 1292(b) - 1
20-CV-00818-JLR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

1  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to the Court's Order Granting Motion to

3  Certify for Interlocutory Appeal (Dkt. 34), which required that "Ms. Dougan shall file her

4  notice of appeal within ten days of the filing of this order," Plaintiff Elaine Dougan has filed

5  Plaintiff's Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) ("Petition") in the

6  United States Court of Appeals for the Ninth Circuit, seeking permission to appeal this Court's

7  Order Granting Motion to Compel Arbitration and Stay Proceedings (Dkt. 27).

8  Plaintiff's Petition, as filed, is attached to this Notice as Exhibit A.

9

10  DATED: March 8, 2021

11  HATTIS & LUKACS

12  By: /s/ Che Corrington
    Che Corrington, WSBA No. 54241
13  che@hattislaw.com

14  Daniel M. Hattis, WSBA No. 50428
    dan@hattislaw.com
15  Paul Karl Lukacs, WSBA No. 56093
    pkl@hattislaw.com
16  HATTIS & LUKACS
    400 108th Avenue NE, Suite 500
17  Bellevue, WA 98004
    Tel: 425.233.8650
18  Fax: 425.412.7171

19  Attorneys for Plaintiff Elaine Dougan
    and the Proposed Class
20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF FILING OF PETITION
FOR PERMISSION TO APPEAL PURSUANT TO § 1292(b) - 2
20-CV-00818-JLR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA  98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that on the 8th day of March, 2021, the document attached hereto was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

DATED this 8th day of March, 2021.

*/s/ Che Corrington*
Che Corrington, WSBA No. 54241

PLAINTIFF'S NOTICE OF FILING OF PETITION
FOR PERMISSION TO APPEAL PURSUANT TO § 1292(b) - 3
20-CV-00818-JLR

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com